IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE A. CHRUSTOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 25-586-CFC |
| ) | |
| HILLARY SUPER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

AT WILMINGTON, this 16th day of October, 2025, having reviewed *pro se* Plaintiff Renee A. Chrustowski's May 12, 2025 complaint (D.I. 1) and June 6, 2025 signed acknowledgment of receipt of Federal Rule of Civil Procedure 4 (D.I. 4),

WHEREAS Rule 4(m) requires Plaintiff to serve Defendants within 90 days after the complaint is filed,

WHEREAS Rule 4(m) provides that, if Defendants are not served within 90 days, this Court must "dismiss the action without prejudice," "order that service be made within a specified time," or "extend the time for service for an appropriate period" upon a showing of good cause for failure to timely serve by Plaintiff, and

WHEREAS Plaintiff filed the complaint over 90 days ago, and to date, the record does not reflect service on Defendants,

THEREFORE, IT IS HEREBY ORDERED that, on or before November 20, 2025, Plaintiff shall:

1. File a return of service (or an executed waiver of service) indicating that service on each Defendant was made within the 90 days prescribed by Rule 4(m); or

2. Show good cause for the failure to service Defendants, why this Court should extend the deadline for service, and for how long.

_____
Chief Judge